F I L E   C O P Y

Page: 1

United States Bankruptcy Court
Southern District of Texas
FILED

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

MAY 22 2001

Michael N. Milby, Clerk

---

Bankruptcy Proceeding No.: 1-31223
Chapter No.: 13
Judge: William Greendyke

In re: Michael Porter Hicks Sr and Carolyn Sue Hicks

Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

at United States Courthouse
Courtroom 403, 4th Floor
515 Rusk Avenue
Houston, TX

on 7/2/01 at 10:00

to consider and act upon the following:

Objection to Chapter 13 Debtor's Claim of Exemption, filed by Catherine Taylor, indvidually, and as next friend and guardian of Charles Taylor, NCM [18-1]

Movant to notice

Dated: 5/22/01

MICHAEL N. MILBY
Clerk, U. S. Bankruptcy Court

BY: Stennis
    Deputy Clerk



21