F I L E   C O P Y

United States Bankruptcy Court
Southern District of Texas
FILED

JUL 0 2 2001

Michael N. Milby, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

---

            Bankruptcy Proceeding No.: 1-31223
            Chapter No.: 13
            Judge: William Greendyke

In re: Michael Porter Hicks Sr and Carolyn Sue Hicks

        Debtor(s)

---

PLEASE TAKE NOTICE that a hearing will be held

    at United States Courthouse
       Courtroom 403, 4th Floor
       515 Rusk Avenue
       Houston, TX

    on 8/21/01 at 2:00

to consider and act upon the following:

Second Objection to Chapter 13 Debtors' Claim of Exemption.
Filed by Catherine Taylor. [32-1]

Movant to notice

Dated: 7/2/01

                        MICHAEL N. MILBY
                        Clerk, U. S. Bankruptcy Court

                        BY:  Stennis
                            Deputy Clerk

34