C:\OFFICE\DOCS\1004JF01/TAYLOR

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

JAN 22 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-31223-H4-13 |
| | § | |
| MICHAEL PORTER HICKS, SR. | § | CHAPTER 13 PROCEEDING |
| and CAROLYN SUE HICKS, | § | |
|    105 Bartlett Road | § | |
|    Sealy, Texas 77474 | § | |
| Debtors. | § | |

## ORDER

The Third Objection to Chapter 13 Debtors' Claim of Exemptions is resolved by the agreement of the Debtors and order of this Court at DK #60 entered December 7, 2001 to assign certain properties and property rights previously claimed as exempt to Chapter 13 William Heitkamp for the benefit of non tax unsecured creditor claims.

Pursuant to the Court's Order at DK #60 the Chapter 13 Debtors shall amend schedule C to omit the property agreed to be transferred or assigned to the Chapter 13 Trustee William Heitkamp.

This order just as the assignment of claims and property rights at DK #60 shall survive and remain binding on the Debtors in the event this Chapter 13 case is dismissed or converted. The Movant Katherine Taylor as the next of friend of Charles Taylor NCM is authorized to withdraw their objection as to other property not assigned or transferred pursuant to the order at DK #60.

SO ORDERED.

SIGNED the 17th day of Jan, 2002.

_____
UNITED STATES BANKRUPTCY JUDGE

67